**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 30, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00471-CR

---

**ANTHONY RAY FISHER, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1481702**

---

## M E M O R A N D U M   O P I N I O N

Appellant Anthony Ray Fisher, Jr. has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court

to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.

Do Not Publish – Tex. R. App. P. 47.2(b)